

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
May 3, 2020  202-514-6551

## Inmate Death at FMC Fort Worth

WASHINGTON, D.C.:   On Sunday, April 26, 2020, inmate Kevin Ivy was seen by Health Services staff at the Federal Medical Center (FMC) Fort Worth for cough, shortness of breath, fatigue, body aches, and other symptoms.   He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation.   While at the hospital he tested positive for COVID-19.   On Thursday, April 30, 2020, his condition declined and he was placed on a ventilator.   On Saturday, May 2, 2020, Mr. Ivy, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Ivy was a 59-year-old male who was sentenced in the Eastern District of Texas to a 49-month sentence for Conspiracy to Possess with Intent to Distribute and Distribution of 50 grams or more of Methamphetamine.   He had been in custody at FMC Fort Worth since December 27, 2019.

FMC Fort Worth is an Administrative facility that currently houses 1472 male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###