

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**　　　　　　　　　　Contact: Office of Public Affairs
April 25, 2020　　　　　　　　　　　　　　　　　202-514-6551

### Inmate Death at FMC Fort Worth

WASHINGTON, D.C.: On Friday, April 10, 2020, inmate Donnie Grabener was seen by FMC Fort Worth Health Services staff for a headache, body aches, chills, and other symptoms. Mr. Grabener was immediately placed in isolation. On Monday, April 13, 2020, he tested positive for COVID-19. On Tuesday, April 21, 2020, Mr. Grabener was transported to a local hospital for further treatment, evaluation, and was immediately placed on a ventilator. On Saturday, April 25, 2020, Mr. Grabener, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Grabener was a 65 year-old male who was sentenced in the District of Louisiana to a 120-month sentence for Conspiracy to Distribute Methamphetamine and Felon in Possession of a Firearm. He had been in custody at FMC Fort Worth since February 4, 2019.

FMC Fort Worth is an Administrative facility that currently houses 1493 male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###