

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**　　　　　　　　　　　Contact: Office of Public Affairs
April 24, 2020　　　　　　　　　　　　　　　　　　202-514-6551

### Inmate Death at FMC Fort Worth

WASHINGTON, D.C.: On Thursday, April 9, 2020, inmate Oscar Ortiz was seen by FMC Fort Worth Health Services staff for a headache, body aches, chills, and other symptoms. Mr. Ortiz was immediately placed in isolation. On Monday, April 13, 2020, he tested positive for COVID-19. On Friday, April 17, 2020, Mr. Ortiz was transported to a local hospital for further treatment and evaluation. On Saturday, April 18, 2020, his condition declined and he was placed on a ventilator. On Friday, April 24, 2020, Mr. Ortiz, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Ortiz was a 78 year-old male who was sentenced in the District of Idaho to a 324-month sentence for Conspiracy to Distribute Methamphetamine and/or Marijuana, Drug Possession/Distribution, and Misprison of a Felony. He had been in custody at FMC Fort Worth since November 7, 2011.

FMC Fort Worth is an Administrative facility that currently houses 1528 male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###