

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**　　　　　　　　　　Contact: Office of Public Affairs
April 22, 2020　　　　　　　　　　　　　　　　　202-514-6551

### Inmate Death at FMC Fort Worth

WASHINGTON, D.C.: On Thursday, April 16, 2020, inmate Arnoldo Almeida went into respiratory distress at the Federal Medical Center (FMC) Fort Worth in Fort Worth, Texas. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. Mr. Almeida tested positive for COVID-19 on Monday, April 13, 2020, and was immediately placed in isolation. On Saturday, April 18, 2020, his condition declined and he was placed on a ventilator. On Wednesday, April 22, 2020, Mr. Almeida, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Almeida was a 61 year-old male who was sentenced in the Western District of Texas to a 188-month sentence for Conspiracy to Possess with Intent to Distribute a Controlled Substance Containing a Detectable Amount of Cocaine. He had been in custody at FMC Fort Worth since September 18, 2018.

FMC Fort Worth is an Administrative facility that currently houses 1528 male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###